UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW YORK ex rel MAUREEN MOUNCE BRADLEY,<br><br>Plaintiffs,<br><br>v.<br><br>OSWEGO HOSPITAL,<br><br>Defendant. | Case No. 5:19-cv-0431 (GTS/ATB)<br><br>**FILED UNDER SEAL** |

## ORDER

In as much as the United States of America and the State of New York have intervened in this False Claims Act *qui tam* action, it is hereby ORDERED that all documents in this action be unsealed **except** for the documents associated with the following docket entries: 9, 11, 13, 15, 17, 19, 21 and 23; and it is further

ORDERED that after the United States and the State of New York receive the payments described in the settlement agreement, the parties promptly file a Joint Stipulation of Partial Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure dismissing the claims on behalf of the United States and the State of New York; and it is further

ORDERED that the seal be lifted on all matters occurring in this action after this Order is entered; and it is further

ORDERED that the Court will retain jurisdiction for the purposes of adjudicating those matters not resolved by the settlement agreement in this action and for enforcing any disputes arising under the settlement agreement, and it is further

ORDERED that the United States provide a copy of this Order to all parties.

IT IS SO ORDERED.

September __7__, 2022

Glenn T. Suddaby
U.S. District Judge